

# Fourth Court of Appeals
## San Antonio, Texas

June 25, 2014

No. 04-13-00886-CR

Jimmy **TURNER**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6595B
Honorable Maria Teresa Herr, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The Appellant's brief is due July 23, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court